

**SEALED**
BY ORDER OF THE COURT

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Hawaii

| | |
|---|---|
| United States of America <br> v. <br><br> BRANDON INADA <br><br> _Defendant(s)_ | Case No. <br><br> Mag. No. 24-0443 KJM <br><br> **FILED UNDER SEAL PURSUANT TO CRIMLR5.2(a)(1)** |

> FILED IN THE
> UNITED STATES DISTRICT COURT
> DISTRICT OF HAWAII
> May 01, 2024, 2:18 pm
> Lucy H. Carrillo, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 10, 2022__ in the county of __Honolulu__ in the _____ District of __Hawaii__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit of Jennifer Cardiff

☒ Continued on the attached sheet.

_Complainant's signature_

Jennifer Cardiff, SA, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __May 1, 2024 at 2:15 p.m.__

Kenneth J. Mansfield
United States Magistrate Judge

City and state: __Honolulu, Hawaii__

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### INTRODUCTION

1. This affidavit is submitted for the purpose of establishing probable cause that BRANDON INADA ("INADA"), the defendant, committed the offense of possession of child pornography on or about April 10, 2022, within the District of Hawaii.

2. I am a Special Agent with the Federal Bureau of Investigation, Honolulu Field Office. I have been a Special Agent since March 2019 and have worked a variety of investigations. Currently, I am assigned to work Violent Crimes Against Children, working on investigations into crimes against children. As part of my current duties, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography. I have experience investigating the enticement and coercion of minors online as well. Through my training and experience, I have had the opportunity to observe and review numerous examples of child pornography in various forms of media including computer and cellphone media. I have had training in the methods and tactics subjects utilize in communicating with minors online for enticement purposes.

3

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. I have set forth only the facts that I believe are necessary to establish probable cause to support the requested warrant.

## BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE

4. The source of the investigation involves an Internet-based peer-to-peer network that allows users to anonymously share files, chat on message boards, and access websites within the network. In May and December 2021, a user with an IP address that law enforcement tied to INADA's residence in Aiea, Hawaii requested multiple video and image files identified by law enforcement as child pornography.

5. On or about April 10, 2022, a search warrant was executed at INADA's residence in Aiea, Hawaii. INADA was located at the residence. FBI seized seven (7) digital items from the residence for review.

6. At the time of the April 10, 2022 search, FBI agents conducted a non-custodial interview of INADA. INADA told agents that he lived alone at the residence and that his WiFi was password protected.

7. This affiant has conducted a partial review of three of the digital devices seized from the search warrant of INADA's residence --- a Verbatim red

4

USB, a Seagate 2TB hard drive SN 2GHN011C, and a black PNY thumb drive. None of the digital devices or their component parts are made or produced in Hawaii. Approximately 10,000 images and 50 videos of child pornography and child erotica have been reviewed and identified on those devices. The child pornography identified includes: an image of a mostly nude toddler with an object inserted into her genitalia or anus while sitting with a nude adult male (001.jpeg Item #67718, MD5 18b7f83dbff75ae471b8c4e31d7af4ba); an image of a nude toddler engaged in sexually explicit conduct with an adult (00103.mp4.jpg Item #68126, MD5 5e78d04653cd818aee8f72a686c837c1); an image of a nude pre-teen minor tied up with an object inserted in her genitalia (LC-3963.jpg Item #99814, MD5- 3e168a40fa83c1312e8658c9856657ec); and an approximate two-minute video of a nude minor under ten years old engaged in masturbation (Webcam - 8Yo Kelly 01.mpg Item 65080, MD5 - ac6b26a84f7b86506087fd27ff4f85b4).

\\

\\

\\

\\

## CONCLUSION

WHEREFORE, based on the aforementioned facts, I respectfully submit there is probable cause to conclude BRANDON INADA committed the offense of Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(5)(B). I respectfully request that the Court issue the proposed arrest warrant.

Respectfully submitted,

JENNIFER CARDIFF
Special Agent
Federal Bureau of Investigation

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Federal Rule of Criminal Procedure 4.1(b)(2) on May  1 , 2024.

Based upon the foregoing, the undersigned Judicial Officer finds that there is probable cause to believe that the above-named defendant committed the crime charged in the Criminal Complaint on May  1 , 2024.



Kenneth J. Mansfield
United States Magistrate Judge

6